IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALLTEL COMMUNICATIONS, INC.                                    PLAINTIFF

v.                        Case No. 4-06-CV-00909 GH

FRINDAR MEGASOFT INTERNATIONAL, INC.,
and JAMES FRINZI                                               DEFENDANTS

## ORDER

The Court has been informed that the parties have reached a settlement in this case. This matter is hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of March, 2007.

_____
United States District Judge